■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL GILLEGBOWER, Appellant. [38 NYS3d 420]—

Judgment, Supreme Court, New York County (Bonnie G. Wittner, J.), rendered February 28, 2013, convicting defendant, upon his plea of guilty, of criminal possession of stolen property in the fourth degree, and sentencing him to a term of nine months, unanimously affirmed.

Defendant's challenges to his plea do not come within the narrow exception to the preservation requirement (*see People v Conceicao*, 26 NY3d 375, 382 [2015]), and we decline to review these unpreserved claims in the interest of justice. As an alternative holding, we find that the record as a whole establishes that the plea was knowingly, intelligently and voluntarily made, even if the enumeration of defendant's rights under *Boykin v Alabama* (395 US 238 [1969]) was incomplete (*see People v Sougou*, 26 NY3d 1052 [2015]). Defendant's complaint about the sequence of events at his allocution, in which the court elicited factual admissions before advising defendant of his *Boykin* rights, is unavailing (*see Matter of Leon T.*, 23 AD3d 256 [1st Dept 2005]). Concur—Renwick, J.P., Richter, Manzanet-Daniels, Feinman and Kapnick, JJ.